IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| STEPHEN TONKIN | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-00894-NKL |
| | ) | |
| | ) | |
| GC SERVICES LP | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOT THAT** Plaintiff STEPHEN TONKIN and Defendant GC SERVICES LP., have reached an agreement on all material terms required to settle all of Plaintiff's claims against GC SERVICES LP., pending in this action. An agreement in principal has been reached performance of such will be completed within the next 30 days, upon which, Plaintiff will be filing a Notice of Dismissal with Prejudice.

Respectfully Submitted,

**Credit Law Center**

**By: /s/ Anthony Hernandez**
**Anthony Hernandez**
**4041 NE Lakewood Way, # 140**
**Lee's Summit, MO 64064**
**Telephone: 816-282-08322**
**Facsimile: 855-523-6884**
**Anthonyh@CreditLawCenter.com**
**Attorney for Plaintiff**