## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

STEPHEN TONKIN,

        Plaintiff,

v.

        Case No. 4:18-cv-00894

GC SERVICES LIMITED
PARTNERSHIP,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Stephen Tonkin and his counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendant GC Services Limited Partnership.

Dated this _13_ day of _February_, 2019.

Respectfully submitted,

/s/ *Anthony Hernandez*

Anthony Hernandez
**CREDIT LAW CENTER**
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Telephone (816) 282- 0422
Fax: (855) 523-6884
Email: anthony@creditlawcenter.com

ATTORNEY FOR PLAINTIFF